**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| HSBC Bank USA, National Association, Trustee, | : |
| | : |
| Plaintiff, | : Case No. 3:16-cv-00283 |
| | : |
| vs. | : Judge Thomas M. Rose |
| | : |
| Wembley, LLC, | : |
| | : |
| Defendant. | : |

## AGREED ORDER REFERRING CASE TO MEDIATION
## AND ESTABLISHING BRIEFING SCHEDULE

This matter came before the Court for a telephone status conference on September 20, 2017. The sole remaining issue pending before the Court is disposition of proceeds held by the Receiver in the approximate amount of $425,386 (the "Proceeds"). The parties have agreed, and it is hereby ADJUDGED, ORDERED, and DECREED that this case be scheduled for mediation at the earliest possible date. Plaintiff's representative may appear at the mediation by telephone. In addition to the parties, the Receiver shall appear at the mediation.

Failing successful mediation, not later than ten (10) days after mediation, the parties shall submit simultaneous briefs of not more than ten (10) pages setting forth the basis for their entitlement to the Proceeds. After submission of the briefs, the Court will rule on the matter of entitlement.

IT IS SO ORDERED.

*s/ Thomas M. Rose*

Thomas M. Rose, District Judge

APPROVED:

*/s/ Nita L. Hanson*
Nita L. Hanson (0084342)
DINSMORE & SHOHL, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
Phone: (614) 628-6927
Fax:    (614) 628-6890
Email: nita.hanson@dinsmore.com
*Attorney for Plaintiff*


*/s/ Toby K. Henderson*
Toby K. Henderson (0071378)
Scott S. Davies (0077080)
SEBALY SHILLITO & DYER
1900 Kettering Tower
Dayton, Ohio 45423
Phone: (937) 222-2500
Fax:    (937) 222-6554
Email: Thender@ssdlaw.com
        SDavies@ssdlaw.com
*Attorneys for Defendant*